# United States District Court
# For The Western District of North Carolina
# Asheville Division

MARTINA E. CLARK,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                  1:11cv13

MOREQUITY, INC, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/28/11 Order.

Signed: February 28, 2011

Frank G. Johns, Clerk
United States District Court